# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Forrest Christopher Taylor,

Plaintiff(s)/Petitioner(s)

v.

John Doe, et al.,

Defendant(s)/Respondent(s)

Case No. CV 26-9626-DMG (E)

**ORDER RE: REPORT AND RECOMMENDATION ON REQUEST TO PROCEED *IN FORMA PAUPERIS***

CIVIL RIGHTS, HABEAS, AND SOCIAL SECURITY

The Court has reviewed the Report and Recommendation prepared by the United States Magistrate Judge on Plaintiff(s)'/Petitioner(s)' Request to Proceed *In Forma Pauperis* and the documents submitted with the IFP Request. The Court:

- ☐ accepts the findings, conclusions and recommendations of the Magistrate Judge.
- ☒ rejects the findings, conclusions and recommendations of the Magistrate Judge.
- ☐ ________________, the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Request to Proceed *In Forma Pauperis* is:

- ☐ **DENIED**. Plaintiff/Petitioner must pay the filing fees in full within 30 days of this order.
- ☐ **DENIED**. This case is DISMISSED ☐ with prejudice. ☐ without prejudice. **(JS-6).**
- ☐ **DENIED**, with leave to amend ☐ the IFP application ☐ the complaint/petition within 30 days. If Plaintiff/Petitioner fails to submit the required documents within 30 days, this case will be dismissed.
- ☐ **GRANTED**.
- ☐ **GRANTED**. **IT IS FURTHER ORDERED that:**
  In accordance with 28 U.S.C. § 1915, the prisoner-Plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $_____ must be paid within 30 days of this Order. Thereafter, monthly payments must be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2). Failure to pay the filing fee, as ordered, may result in dismissal of the case.
- ☐ **GRANTED;**
  - ☐ the Court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B) and, if applicable, § 1915A.
  - ☐ the Court will screen the petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

☒ Other**:**

After the issuance of the Report and Recommendation, Taylor filed an Inmate Statement Report and Trust Account Withdrawal Authorization. [Doc. # 8.] Accordingly, the Court declines to adopt the Report and Recommendation and refers the matter back to the Magistrate Judge for a decision on the in forma pauperis application [Doc. # 2], including screening of the complaint pursuant to 28 U.S.C. section 1915(e), in light of this new filing.

Dated: October 7, 2026

By: Dolly M. Gee
HON. DOLLY M. GEE
UNITED STATES DISTRICT JUDGE